**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO ARIAS,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>M. McDONALD, Warden,<br><br>　　　　　　Respondent. | ) NO. CV 11-3378 JST (SS)<br>)<br>) **ORDER ACCEPTING FINDINGS,**<br>)<br>) **CONCLUSIONS AND RECOMMENDATIONS OF**<br>)<br>) **UNITED STATES MAGISTRATE JUDGE**<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge, with the following exception:  the sentence beginning on page four, line 27, is corrected to reflect the actual date the California Supreme Court denied Petitioner's second state habeas petition and should read:  "On September 21, 2011, the California Supreme Court denied Petitioner's state habeas petition without comment or citation to

1  authority."  In addition, on page 20, line 24, the word "enhance" is
2  changed to "enhancement."

4     **IT IS ORDERED** that the First Amended Petition is denied and
5  Judgment shall be entered dismissing this action with prejudice.

7     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
8  the Judgment herein on Petitioner and counsel for Respondent.

10    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

12  Dated: 4/29/2013
13                                    _____
14                                    JOSEPHINE STATON TUCKER
                                      UNITED STATES DISTRICT JUDGE

2