UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ARIAS,<br><br>            Petitioner,<br><br>       v.<br><br>M. McDONALD, Warden,<br><br>            Respondent. | NO. CV 11-3378 JST (SS)<br><br><br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,


   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/29/2013

                                  JOSEPHINE STATON TUCKER
                                  UNITED STATES DISTRICT JUDGE